Opinion issued February 7, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00698-CV

____________


CITIZENS PROPERTY INSURANCE CORPORATION, Appellant


V.


UNIVERSAL RISK INSURANCE SERVICES, INC., Appellee






On Appeal from the 215th Court

Harris County, Texas

Trial Court Cause No. 2005-28694






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss the appeal with prejudice. No
opinion has issued. Accordingly, the abatement of the appeal is lifted, the motion is
granted, and the appeal is dismissed with prejudice. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.